

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KELLIE JO ECKER,

        CV 07-6311-MA

    Plaintiff,                      JUDGMENT

    v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

    Defendant.

Based on the record and the Opinion and Order filed herewith, the final decision of the Commissioner, denying plaintiff's claim for supplemental security income benefits under Title XVI of the Social Security Act, 42 U.S.C. §§ 1381-83f is AFFIRMED; this action is DISMISSED.

    IT IS SO ORDERED.

    DATED this **27** day of October, 2008

                            /s/ Malcolm F. Marsh
                            Malcolm F. Marsh
                            United States District Judge

1 - JUDGMENT